**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| JON GALANTE, | : No. 288 WAL 2016 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| UNEMPLOYMENT COMPENSATION | : |
| BOARD OF REVIEW, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.